UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:	CASE NO. 8:01-bk-06769-PMG

RICHARD A. BRAUNBECK

_____Debtor(s)_____/

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application by Pro Investigations, Inc., (State of Florida License # A-9900115) attorney in fact, on behalf of Richard A. Braunbeck (S.S.# 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) creditor in the above-named case and in accordance with all applicable laws, it is

ORDERED that, following review by the clerk of the documents presented in this matter, the clerk is directed that payment in the amount of $3,614.71 be made to:

> Richard A Braunbeck
> c/o Pro Investigations, Inc
> 11911 N.W. 41st Street
> Sunrise, Florida 33323

ORDERED in the MIDDLE DISTRICT OF FLORIDA on  **JUL 10 2003**

PAUL M. GLENN
CHIEF U.S. BANKRUPTCY JUDGE

Copies furnished to
Rosie Gratz, Financial Administrator, U.S. Bankruptcy Court, 801 N Florida Ave, Suite 727, Tampa, FL 33602-3899
U.S. Attorney, 400 N. Tampa St, Suite 3200, Tampa, FL 33602
Richard A Braunbeck, c/o Pro Investigations, Inc., 11911 N.W. 41st St., Sunrise, FL 33323